NO. 28912

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CHERYL S. FERREIRA, now known as CHERYL S. MARSHALL, Respondent/Plaintiff-Appellant,

vs.

NELSON C. FERREIRA, Petitioner/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(FC-D NO. 01-1-0608)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, J. for the court[1])

Petitioner/Defendant-Appellee Nelson C. Ferreira's application for writ of certiorari filed on February 11, 2010, is hereby rejected.

DATED: Honolulu, Hawai'i, March 18, 2010.

FOR THE COURT:

*Wm Recktenwald*

Associate Justice

APPELLATE COURTS SEAL

Nelson C. Ferreira,
petitioner/defendant-
appellee, pro se,
on the application.

---

[1] Considered by: Moon, C.J., Nakayama, Acoba, Duffy, and Recktenwald, JJ.

LAW LIBRARY

FILED
2010 MAR 18 PM 3:00